IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| OPAL L. YARBROUGH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:10-CV-121 ) ) |
| PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, | ) ) ) |
| Defendant. | ) ) |

### STIPULATION FOR DISMISSAL

COME NOW Plaintiff and Defendant and stipulate and agree that Plaintiff's cause herein shall be dismissed with prejudice. Each party shall bear their own costs.

Witness our hands this 21st day of July, 2011.

/s/ Jason M. Scherer
Jason M. Scherer, #58791MO
CROW, REYNOLDS, SHETLEY,
MCVEY & SCHERER, LLP
308 First Street/P.O. Box 189
Kennett, MO  63857
Telephone: (573) 888-4664
Facsimile:  (573) 888-0322
Email: Jason@crsmslaw.com
*Attorneys for Plaintiff*

/s/ Scott C. Harper
Scott C. Harper,      #31378MO
John A. Mazzei,      #51398MO
BRINKER & DOYEN, L.L.P.
34 N. Meramec Ave., 5th Floor
Clayton, MO  63105
Telephone: (314) 863-6311
Facsimile: (314) 863-8197
*Attorneys for Defendant*

**SO ORDERED this 21st day of July, 2011.**

_____
**STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE**